UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-51913-jwc |
| ALLYSON MICHELE DILLARD, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, PAUL J. MOROCHNIK, of the firm of MOROCHNIK LAW, LLC, and files this Entry of Appearance and Request for Notices as attorney for CREDIT UNION OF ATLANTA, a creditor and party in interest in the above-styled case, and requests receipt of all notices and orders entered in the case.

This 14th day of March, 2023.

/s/Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia Bar No. 526465

For the Firm of
MOROCHNIK LAW, LLC
1080 Peachtree St NE, Ste 1210
Atlanta, Georgia 30309
Email: paul@morochnik.com
(404) 760-7424

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served the Entry of Appearance and Request for Notices upon the Chapter 7 Trustee and Debtor's counsel via ECF or by depositing a copy of the same in the United States Mail, with adequate first-class postage affixed thereto, addressed as follows:

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, Ste 555
Atlanta, GA 30305

Christopher Carouthers
Chris Carouthers & Assoc
2250 N Druid Hills Rd, Ste 131
Atlanta, GA 30329

This 14th day of March, 2023.

                                        /s/Paul J. Morochnik
                                        PAUL J. MOROCHNIK
                                        Georgia Bar No. 526465

For the Firm of
MOROCHNIK LAW, LLC
1080 Peachtree St NE, Ste 1210
Atlanta, Georgia 30309
Email: paul@morochnik.com
(404) 760-7424